1  MOEEL LAH FAKHOURY LLP
   Hanni M. Fakhoury (State Bar No. 252629)
2  2006 Kala Bagai Way, Suite 16
   Berkeley, CA 94704
3  Telephone:   (510) 500-9994
   Email:       hanni@mlf-llp.com
4
5  Attorneys for Ryan Montgomery

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA,   | Case No.: 4:23-CR-00248-AMO-2
12 |         Plaintiff,          | **STIPULATION AND ORDER RESETTING BAIL VIOLATION HEARING AND SETTING ARRAIGNMENT ON SUPERSEDING INDICTMENT**
13 |     v.                      |
14 | RYAN MONTGOMERY,            |
15 |         Defendant.          |

16

17       Mr. Montgomery is charged in an indictment, filed August 8, 2023, with conspiracy and Hobbs

18 Act robbery, in violation of 18 U.S.C. § 1951. He is out of custody. On July 3, 2025, a superseding

19 indictment issued, adding a charge of felon in possession of a firearm, in violation of 18 U.S.C. §

20 922(g)(1), for conduct occurring in 2023. Dkt. 365. Mr. Montgomery has yet to be arraigned on the

21 superseding indictment.

22       On August 4, 2025, Pretrial Services issued a Form 8 Memorandum informing the Court Mr.

23 Montgomery had violated the terms of his pretrial release. Dkt. 370. The Court set a bail violation

24 hearing on August 11, 2025 at 10:30 a.m. Dkt. 371. Defense counsel has a scheduling conflict as he is

25 required to appear in San Francisco Superior Court that morning. So the parties jointly request the

26 bail hearing be reset to Wednesday August 13, 2025 at 10:30 a.m. Pretrial Services is available to

27 appear on that day.

28       The parties also request the Court arraign Mr. Montgomery on the superseding indictment on

1 | that day as well.
2 |     Undersigned defense counsel certifies he has obtained approval from counsel for the
3 | government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated: August 6, 2025

MOEEL LAH FAKHOURY LLP

/S
HANNI M. FAKHOURY
Attorneys for Ryan Montgomery

Dated: August 6, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
ALETHEA M. SARGENT
Assistant United States Attorney

STIPULATION AND ORDER RESETTING BAIL VIOLATION HEARING AND SETTING ARRAIGNMENT ON SUPERSEDING INDICTMENT
*United States v. Montgomery*, 4:23-CR-00248-AMO-2

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MONTGOMERY,<br><br>Defendant. | Case No.: 4:23-CR-00248-AMO-2<br><br>**ORDER RESETTING BAIL VIOLATION HEARING AND SETTING ARRAIGNMENT ON SUPERSEDING INDICTMENT** |

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the bail violation hearing from August 11, 2025 to August 13, 2025 at 10:30 a.m. The Court also sets the arraignment on the superseding indictment for that day as well.

**IT IS SO ORDERED.**

DATED: August 6, 2025



_____
HONORABLE DONNA M. RYU
Chief United States Magistrate Judge

ORDER RESETTING BAIL VIOLATION HEARING AND SETTING ARRAIGNMENT ON SUPERSEDING INDICTMENT
*United States v. Montgomery*, 4:23-CR-00248-AMO-2

1