MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:    (510) 637-3500
Email:        hanni@mlf-llp.com

Attorneys for Ryan Montgomery

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MONTGOMERY,<br><br>Defendant. | **Case No.:** 4:23-CR-00248-AMO-2<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING BRIEFING SCHEDULE AND CONVERTING RESTITUTION HEARING TO STATUS CONFERENCE**<br><br>**Hearing Date:**    May 11, 2026<br>**Hearing Time:**    2:00 p.m. |

Mr. Montgomery was sentenced on February 23, 2026. At that hearing, the Court set a briefing schedule concerning the outstanding issue of restitution and set a restitution hearing on May 11, 2026. The government filed its opening restitution brief on March 27, 2026, and a defense response is currently due on April 13, 2026, with a government reply due on April 20, 2026.

Undersigned defense counsel, however, will shortly be filing a motion to withdraw as counsel due to his recent appointment to the state court bench and so new CJA counsel will need to be identified for Mr. Montgomery. As a result, the parties stipulate and agree that the briefing schedule should be stayed and that the restitution hearing set for May 11, 2026 be converted into a status conference to allow time for new CJA defense counsel to be identified, enter an appearance and get up to speed on the case. The Court can set a new briefing schedule once CJA counsel is appointed.

Undersigned defense counsel certifies he has obtained approval from counsel for the government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.


Dated:    April 1, 2026                    MOEEL LAH FAKHOURY LLP

                                           /S
                                           HANNI M. FAKHOURY
                                           Attorneys for Ryan Montgomery


Dated:    April 1, 2026                    CRAIG H. MISSAKIAN
                                           United States Attorney
                                           Northern District of California

                                           /S
                                           ALETHEA SARGENT
                                           Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER STAYING BRIEFING SCHEDULE AND SETTING  STATUS CONFERENCE
*United States v. Montgomery*, 4:23-CR-00248-AMO-2

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 4:23-CR-00248-AMO-2 |
| Plaintiff, | [~~PROPOSED~~] **ORDER STAYING BRIEFING SCHEDULE AND CONVERTING RESTITUTION HEARING TO STATUS CONFERENCE** |
| v. | |
| RYAN MONTGOMERY, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties, the Court hereby stays the restitution briefing schedule and converts the restitution hearing on May 11, 2026 at 2:00 p.m. into a status conference.

**IT IS SO ORDERED.**

DATED: April 1, 2026

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

[~~PROPOSED~~] ORDER STAYING BRIEFING SCHEDULE AND SETTING STATUS CONFERENCE
*United States v. Montgomery*, 4:23-CR-00619-AMO-2

1