IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MONTGOMERY,<br><br>Defendant. | **Case No.:** 4:23-CR-00248-AMO-2<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW** |

For good cause shown, the Court grants the motion of Hanni M. Fakhoury to withdraw as counsel in this case. Mr. Montgomery is referred to the CJA unit for the identification and appointment of new counsel.

**IT IS SO ORDERED.**

DATED: ___April 1, 2026___          _____

HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
*United States v. Montgomery*, 4:23-CR-00248-AMO-2

1