ILLOVSKY GATES & CALIA LLP
Matthew Dirkes (State Bar No. 255215)
matt@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
Ryan Montgomery

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>RYAN MONTGOMERY,<br><br>               Defendant. | Case No.:  23-CR-00248-AMO-2<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE** |

STIPULATION RE STATUS CONFERENCE
Case No.: 23-CR-00248-AMO

Defendant Ryan Montgomery and the United States of America, through undersigned counsel, hereby stipulate and request that the Court advance the presently set status conference of May 11, 2026, to May 4, 2026, at 2:00 p.m.

Undersigned counsel for Mr. Montgomery previously appeared in the case in May of last year to assist then-counsel of record Hanni Fakhoury with trial preparation and at the then-anticipated trial.  ECF No. 360.  Although undersigned counsel has had minimal involvement in the case since then, he is prepared to continue to represent Mr. Montgomery in connection with the outstanding issue of restitution.  Undersigned counsel, however, will be out of the country the week of May 11, 2026.  The parties therefore request that the status conference be advanced to May 4, 2026.  If, in the interim, the parties are able to agree on a new briefing schedule and a new date for the restitution hearing, they will file a stipulation with the Court.

**IT IS SO STIPULATED**.

Dated:  March 18, 2026

/s/Matthew Dirkes
MATTHEW DIRKES
Counsel for Ryan Montgomery

CRAIG MISSAKIAN
United States Attorney

/s/ Alethea Sargent
ALETHEA SARGENT
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Having reviewed the foregoing stipulation and good cause having been shown, the status conference presently set for May 11, 2026, is rescheduled to May 4, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED:  4/6/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIPULATION RE STATUS CONFERENCE
Case No.: 23-CR-00248-AMO