**PROPOSED ORDER/COVER SHEET**

TO:        **Honorable Ajay Krishnan**          RE:   **Ryan Montgomery**
           **U.S. Magistrate Judge**

FROM:      **Silvio Lugo, Chief**               **Docket No.:**   **4:23-cr-00248-AMO-2**
           **U.S. Pretrial Services Officer**

Date:      **June 25, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Carolyn Truong                                        408 857 5174

**U.S. Pretrial Services Officer**              **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4  on **Thursday, July 2, 2026** at ___**10:30 AM**___ .

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____          Presiding  District Court Judge _____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐              Modification(s)

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐              Other Instructions:

_____          ___June 25, 2026_____
**JUDICIAL OFFICER**                              **DATE**